UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J.W. TYRAN, JR.,

     Plaintiff,

                                           Case No. 1:26-cv-383

v.

                                           Hon. Hala Y. Jarbou

THE PEOPLE OF THE STATE OF
MICHIGAN,

     Defendants.

_____/

## **<u>ORDER</u>**

Before the Court is Magistrate Judge Phillip J. Green's report and recommendation (R&R) that the Court dismiss this case for failure to state a claim and/or lack of jurisdiction (ECF No. 11). No party has filed objections to the R&R, and the deadline for doing so expired on March 26, 2026. Upon review, the Court concludes that the R&R makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim and/or lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: March 27, 2026                     /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE